UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTY MONTOTO,
    Plaintiff,

v.                                          Case No.: 3:24-cv-485-TJC-PDB

WOUNDED WARRIOR PROJECT,
INC.
    Defendant.
_____/

## PLAINTIFF'S THIRD SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

    Plaintiff, Christy Montoto ("Plaintiff"), by and through undersigned counsel, hereby serves her Third Supplemental Answers to Defendant, Wounded Warrior Project, Inc.'s ("Defendant") First Set of Interrogatories pursuant to Federal Rule of Civil Procedure 33(b)(2).

## INTERROGATORIES

## INTERROGATORY NO. 14

Describe all attempts you have made to mitigate, or reduce, any monetary loss that you have allegedly incurred because of Defendant's allegedly wrongful acts or omissions. Include in your description each and every potential employer to whom you have made an application or provided your resume for employment consideration since your employment with Defendant commenced; the job title and location for which you applied; the date(s) such applications were made; whether you interviewed for the position, and if so, with whom and when; whether you were offered the position; the details of the terms of each such offer or opportunity (i.e., position offered, compensation and benefits); the reason why you did/did not accept employment; and any and all sources used by you to identify potential employers or employment opportunities.

ANSWER TO INTERROGATORY NO. 14

I have applied for many jobs. I do not have a record of the names/companies to which I applied. I do not remember the details.

I registered with NC Works for assistance with job placement, researched various openings online. I used the NC Works website to locate positions within the area. I believe I applied to positions listed on that site but did not keep a record.

I do not have online accounts with LinkedIn or Indeed.com. I searched for jobs on simplyhired.com, indeed.com, and through general term searches on google.com.

I applied for a job at Pizza Hut in Fayetteville, NC and was never contacted for an interview.

I did not receive any interviews as a result of my job applications and search. I did not turn down any job offers.

The current position I hold at Rue & Ziffra I obtained as a result of calling the Vice President/Director of Personnel and asking for a job. I never had to submit an application nor formally apply for the job. My salary and benefits information has been previously provided to Defendant in response to requests for production.

I cashed out my Traveler's Insurance Company pension in an effort to pay bills timely and to avoid eviction and vehicle repossession. I took a large loss for cashing out my pension early.

Dated this 27th day of December 2024.

KEVIN J. KAPUSTA P.A.
9801 Meadowfield Circle
Tampa, FL  33626

By: */s/ Kevin J. Kapusta*
Kevin J. Kapusta
FL Bar No. 0933856
Kevinkapusta@outlook.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 27th day of December 2024, a true and correct copy of the foregoing, Plaintiff's Third Supplemental Answers to Defendant's First Set of Interrogatories, was served via electronic mail to:

>Jackson Lewis P.C.
>Benjamin Sharkey, Esq.
>Ross Vickers, Esq.
>501 Riverside Avenue, Suite 902
>Jacksonville, FL  32202
>Benjamin.Sharkey@jacksonlewis.com
>Ross.Vickers@jacksonlewis.com
>Counsel for Defendant

>*/s/Kevin J. Kapusta*
>*Counsel for Plaintiff*